AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means   ☐ Original   ☐ Duplicate Original

CERTIFIED TRUE COPY
WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington
By _____ Travis L. Whitely
Deputy Clerk

FILED _____ LODGED _____ RECEIVED
February 9, 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

The Subject Premises described in Attachment A, including 29628 Gamble Place NE, Kingston, WA 98346 and the person of TAYLOR J. JOHNATAKIS

Case No. 3:21-mj-05030

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ___Western___ District of ___Washington___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ___February 18, 2021___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___any Magistrate Judge in the Western District of Wa.___
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued: February 4, 2021 at 3:30 pm

City and state: Tacoma, WA

*Judge's signature*

U.S. Magistrate Judge David W. Christel
*Printed name and title*

USAO: 2021R00106

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 176-WF-336759 | 2/5/21 0951 | TAYLOR JOHNATAKIS |

Inventory made in the presence of:
TFO JOE DEAVER

Inventory of the property taken and name(s) of any person(s) seized:

1 PHONE 12 MIN
S/N: C7CDM5VL0GRN

## Certification

I declare under penalty of perjury that this inventory is correct and was returned electronically along with the warrant to the designated judge pursuant to Fed. R. Crim. P. 4.1 and 41(f)(1)(D).

Date: 2/5/21
Received: 2/9/2021
DW Christel
Mag. Judge

_Executing officer's signature_

JOHN L. DELGADO / TFO-FBI
_Printed name and title_